No. 25-10816

―――――――――

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

―――――――――

A.G.,
*Appellant,*

*v.*

NORTHBROOK INDUSTRIES, INC.,
*Appellee.*

_____

**On Appeal from the United States District Court,
Northern District of Georgia, Atlanta Division
Case No. 1:20-cv-05231-JPB**

_____

**Appellee Northbrook Industries, Inc.'s Notice of Correct and Complete
Certificate of Interested Persons and Corporate Disclosure Statement**

Cameron A. Mobley
LEWIS BRISBOIS BISGAARD & SMITH, LLP
600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
cameron.mobley@lewisbrisbois.com

*Counsel for Appellee*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 and 26.1-2, Appellee provides this Notice of Correct and Complete Certificate of Interested Persons and Corporate Disclosure Statement:

The Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant on April 1, 2025, is correct and complete requiring no additions or amendments at this time. No other associations of persons, firms, partnerships, or corporations have an interest in the outcome of this case or appeal aside from those previously identified in Appellant's Certificate of Interested Persons and Corporate Disclosure Statement.

Dated: Aprill 11, 2025  Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ *Cameron A. Mobley*
CAMERON A. MOBLEY
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
cameron.mobley@lewisbrisbois.com

*Counsel for Appellee*

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing *Appellee Northbrook Industries, Inc.'s Notice of Correct and Complete Certificate of Interested Persons and Corporate Disclosure Statement* using the Court's Appellate ECF System, which will automatically send notification to counsel of record.

Dated: April 11, 2025

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ *Cameron A. Mobley*
CAMERON A. MOBLEY
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
cameron.mobley@lewisbrisbois.com

*Counsel for Appellee*