# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2025

Andrew Clopton
Jones Day
150 W JEFFERSON AVE STE 2100
DETROIT, MI 48226-4438

Julia Fine
Jones Day
51 LOUISIANA AVE NW
WASHINGTON, DC 20001

Appeal Number:  25-10816-EE; 25-10829 -EE
Case Style:  A.G. v. Northbrook Industries, Inc.
District Court Docket No:  1:20-cv-05231-JPB

The enclosed order granting motion to file Amicus Brief has been entered. The Amicus Brief is deemed filed as of the date of this order.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:      404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:      404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:         404-335-6125      Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action