UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

October 20, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  25-10816-EE; 25-10829 -EE
Case Style:  A.G. v. Northbrook Industries, Inc.
District Court Docket No:  1:20-cv-05231-JPB

## PAPER COPIES REQUIRED

Briefs
Pursuant to 11th Cir. R. 31-3, each party must send to the Court two paper copies of the party's brief(s) within seven days of the date of this notice. **The paper copies of briefs submitted by ECF filers must include the ECF docketing header from the electronically filed version of the brief.** The paper copies of briefs also must comply with all formatting requirements, including binding and cover requirements. *See, e.g.,* 11th Cir. R. 32-1, 32-2, and IOP 4 to FRAP 32.

Appendix
In addition, pursuant to 11th Cir. R. 30-1(d), all parties who are required to file an appendix must send to the Court two paper copies of the party's appendix, except that pro se parties who are required to file an appendix must send to the Court one copy of the appendix. Incarcerated pro se parties are not required to provide paper copies of an appendix. The paper copy of an appendix also must comply with all formatting requirements, including binding and cover requirements. *See, e.g.,* 11th Cir. R. 30-1(e) and IOP 1 to FRAP 30. Clerk's Note: ECF filers are encouraged to have the ECF docketing header from the electronically filed version of the appendix on the cover page for the paper copies of the appendix submitted to the Court.

Sealed Documents
Paper copies of sealed briefs and appendices should be submitted in a sealed envelope, and the face of the envelope should contain a conspicuous notation that it contains "DOCUMENTS UNDER SEAL" or substantially similar language.

Paper Copies Submitted Before April 1, 2025
If you submitted required paper copies of briefs or appendices under the previous versions of

11th Cir. R. 30-1(d) and 31-3 (revised April 1, 2025), you are not required to resubmit those paper copies.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice Requesting Paper Copies