# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia 30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

_____

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JANUARY 27, 2026

| | |
|---|---|
| 24-12112 | United States v. Jddarrian Irons, Appellant |
| 24-11945 | United States v. Alexander Alli, Appellant |
| 24-13509 | Geoffrey Anderson, et al. v. City of Atlanta, Georgia, Appellant |
| 24-13333 | Northfield Insurance Company, Appellant v. North Brook Industries, Inc., et al. |

### WEDNESDAY, JANUARY 28, 2026

| | |
|---|---|
| 24-10638 | United States v. Myelicia Rodgers, Appellant |
| 25-10072 | Oconee Landing Property, LLC, et al., Appellants v. Commissioner of Internal Revenue |
| 23-12752 | Nicholas Bolton, Appellant v. Sheriff of Coweta County, GA, et al. |
| 24-13713 | T-Mobile South, LLC v. City of Roswell, Georgia, Appellant |

### THURSDAY, JANUARY 29, 2026

| | |
|---|---|
| 24-10389 | United States v. Phillip Wasserman, Appellant |
| 24-11260 | Jeffrey Hayes, Petitioner v. Director, OWCP, et al. |
| 24-11693 | John Legros, Appellant v. Secretary, Department of Corrections, et al. |
| 24-10714 | Bradley Gibson, Appellant/Cross Appellee v. Outokumpu Stainless Steel USA, LLC, Appellee/Cross Appellant |

### FRIDAY, JANUARY 30, 2026

| | |
|---|---|
| 24-13294 | C.B., Appellant v. Naseeb Investments, Inc. |
| 25-10816 | A.G., Appellant v. Northbrook Industries, Inc. (Consolidated with 25-10829, G.W., Appellant v. Northbrook Industries, Inc.) |
| 24-13309 | Abigail Marbut, Appellant v. Matthew Phillips, et al. |
| 24-12603 | Kenny Faulk v. Dimerco Express USA Corp., Appellant |
| 24-14186 | iCare Child Development Center LLC, et al., Appellants v. Alethea Cicero-Brown, et al. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
11/18/25 - #8