# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13294

_____

C.B.,

                                                            *Plaintiff-Appellant,*

*versus*

NASEEB INVESTMENTS, INC.,
   d.b.a. The Hilltop Inn,
   a.k.a. Econolodge,

                                                            *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-04213-AT

_____

_____

No. 25-10816

_____

A.G.,

                                                            *Plaintiff-Appellant,*

*versus*

NORTHBROOK INDUSTRIES, INC.,
   d.b.a. United Inn and Suites,

                                                            *Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-05231-JPB

————————————

————————————

No. 25-10829

————————————

G.W.,

*Plaintiff-Appellant,*

*versus*

NORTHBROOK INDUSTRIES, INC.,
   d.b.a. United Inn and Suites,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-05232-JPB

————————————

ORDER:

The motion for an extension of time to and including May 20, 2026, to file Appellee Naseeb Investments, Inc.'s Petition for rehearing is GRANTED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION