**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2026

Matthew G. Moffett
Gray Rust Moffett & Brieske, LLP
950 E PACES FERRY RD NE STE 1700
SALESFORCE TWR
ATLANTA, GA 30326

Appeal Number:  25-10816-EE   ; 25-10829 -EE
Case Style:  A.G. v. Northbrook Industries, Inc.
District Court Docket No:  1:20-cv-05231-JPB

**NO ACTION / DEFICIENCY NOTICE**

Notice that no action will be taken on Appearance of Counsel Form filed by Attorney Matthew
G. Moffett for Appellee Northbrook Industries, Inc. in 25-10816.
Reason(s) no action being taken on filing(s): This cases are closed. [25-10816, 25-10829]

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected
document out of time (after its due date), it must be accompanied by an appropriate
motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed,
and/or a motion to recall the mandate if the mandate has issued.

**CORRECTIVE ACTION**

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective
action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the
correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or
both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire
document** after all the deficiencies identified above have been corrected and you **must include**

any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken